DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KELLY RENEA HESTERS,

Appellant,

v.

CLADDIE LEE SAVAGE,

Appellee.

No. 2D21-2988

_____

September 30, 2022

Appeal from the Circuit Court for DeSoto County; Don T. Hall,
Judge.

Richard McKinley of McKinley Law Firm, P.A., Bartow, for
Appellant.

Louise Hanaoka of Louise Hanaoka, LLC, Punta Gorda, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.